■ NORTH FORK BANK, Formerly Known as SOUTHOLD SAVINGS BANK, Respondent, v HAMPTONS MIST MANAGEMENT CORP. et al., Appellants, et al., Defendants. [651 NYS2d 894] —In an action to foreclose a mortgage, the defendants Hamptons Mist Management Corp. and Leonard Rosen appeal, as limited by their brief, from stated portions of (1) an order of the Supreme Court, Suffolk County (Cohalan, J.), dated June 6, 1995, which denied that branch of their motion which was to vacate certain orders previously entered in the action on the ground, *inter alia,* that those orders were obtained by fraud, (2) a judgment of foreclosure and sale of the same court, entered July 5, 1995, which, *inter alia,* directed the sale of the subject premises.

Ordered that the order and judgment are affirmed insofar as appealed from, with one bill of costs.

The appellants failed to establish the existence of any newly discovered evidence (*see,* CPLR 5015 [a] [2]) or that the respondent had engaged in "fraud, misrepresentation, or other misconduct" (CPLR 5015 [a] [3]). Accordingly, there is no basis to reverse the judgment or to vacate the prior orders entered herein.

The appellants' remaining contentions are without merit. O'Brien, J. P., Altman, Goldstein and McGinity, JJ., concur.